TODD MERER
Attorney at Law
200 Calle Cristo
San Juan, Puerto Rico 00901
(917) 509 0277
todd.merer@gmail.com

February 10, 2021                                                          **MEMO ENDORSED p.2**

Honorable Sidney H. Stein
500 Pearl Street
New York, N.Y.  10007
-Via ECF-

                                 Re:     <u>United States v. Eduardo Fernandez</u>
                                         S1 20 Cr. 637 (SHS)

Dear Judge Stein:

I write to request your approval of modifying Mr. Fernandez's conditions of release as follows:

1. That his electronic bracelet be removed, and;

2. That his travel boundaries be extended to all of Massachusetts and the bordering areas of New Hampshire so he may conduct his auto resale business, and;

3. He be allowed to travel to south Florida for one week to consult with his physician, Dr. Claudia Poratta and therapist Vanessa Pitzer regarding his opioid addiction. Both have treated him and he values their help to guide him to resist relapsing. He will be staying with his sister.

A.U.S.A. Davis informs me that the government takes no position as to the above.

If your Honor orders the modifications, PTSO Miller requires Mr. Fernandez to call him upon his arrival in Florida and as soon as he returns.

                                                     Respectfully submitted,

                                                     <u>/s/Todd Merer</u>
                                                     Todd Merer, Esq.
                                                     Attorney for Defendant,
                                                     Eduardo Fernandez

Cc:     A.U.S.A. Davis
       PTSO Miller

**Application granted. Defendant shall provide the dates of his trip and his address to pretrial services officer Miller in advance of his travel as set forth in paragraph no. 3.**

**Dated: New York, New York**
       **February 10, 2021**