TODD M. MERER
200 Calle Cristo
Second Floor
San Juan,
Puerto Rico 00901

April 20, 2021

Re:   *United States v. Eduardo Fernandez,* 20 Cr. 637 (SHS)

Honorable Sidney H. Stein
United States District Judge                    **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, N.Y 10067

Dear Judge Stein:

I apologize for my tardiness in responding to USPO Velez-Garcia's draft PSR. I am in Puerto Rico and travel has been near-impossible, not only for myself, but in regard to people Mr. Fernandez was to see in order to obtain information for the response.

Last week he was able to meet with his long-time counselor and personal physician in Florida for five days. He has now returned and I am awaiting their communications so I may incorporate them in the response.

Therefore I am requesting that the date for me to respond be extended to May 15, 2021.

Respectfully submitted,

/s/

Todd M. Merer

**Request to respond to the PSR by May 15, 2021, is granted. The sentencing is adjourned to June 30, 2021, at 2:30 p.m. The defense submissions are due by June 16, the government submissions are due by June 23.**

Dated: New York, New York
       April 21, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.