TODD M. MERER
Attorney-at-law
202 Calle Cristo
Old San Juan,
Puerto Rico 00901
(917) 509 0277
Todd.merer@gmail.com

June 8, 2021

**MEMO ENDORSED**

Honorable Sidney H. Stein
500 Pearl Street
New York, N. Y. 10007
-Via ECF-

          Re:    United States v. Eduardo Fernandez
                 S1 20 Cr. 637 (SHS)

Dear Judge Stein:

I write to request that sentencing, currently scheduled for June 30, 2021, be adjourned to a date in mid-September that is convenient for the Court. Mr. Fernandez is currently undergoing intensive therapy and I just encountered a medical condition that requires monitoring and treatment and rest for a period. This is the first application for an adjournment. AUSA Davis informed me that he has no objection.

                                  Respectfully submitted,

                                  *s/s Todd Merer*
                                  Todd Merer, Esq.
                                  Attorney for Defendant
                                  Eduardo Fernandez

cc:    AUSA Peter Davis
        PTSO Ben Miller

**The sentencing is adjourned to September 20, 2021, at 10:00 a.m. The defense submissions are due by September 3, 2021, the government submissions are due by September 10, 2021.**

Dated: New York, New York
          June 9, 2021

SO ORDERED:

Sidney H. Stein. U.S.D.J.