TODD M. MERER
Attorney at Law
202 Calle Cristo
San Juan, Puerto Rico 00901
(917) 509 0277
Todd.merer@gmail.com

August 18, 2022

**MEMO ENDORSED**

Honorable Sidney H. Stein
500 Pearl Street
New York, N.Y. 10007
-Via ECF-

                Re: United states v. Eduardo Fernandez
                    S1 20 Cr. 637 (SHS)

Dear Judge Stein:

I write to request that sentencing, currently scheduled for September 20, 2021, be adjourned to a date in late October convenient for the court. Unfortunately, I have had a re-occurance of dengue, and am unable to prepare adequately just now. This is my second request for an adjournment. AUSA Davis informed me that he has no objection. If this request is granted I will make a sentencing submission 17 days prior to the new date.

                Respectfully submitted,

                s/s

                STodd Merer, Esq.
                Attorney for Defendant
                Eduardo Rodriguez

cc: AUSA Peter Davis
     PTSO Ben Miller

The sentencing is adjourned to October 27, 2021, at 4:00 p.m. The defense submissions are due by October 11, the government submissions are due by October 17.

Dated: New York, New York
       August 18, 2021            SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.